## STATEMENT OF FACTS

Your affiant, John Longmire, is a Special Agent for the Federal Bureau of Investigation (FBI). In my duties as a special agent, I am assigned to the FBI's Washington Field Office Cyber Task Force, where I am responsible for conducting and assisting in investigations into the activities of individuals and criminal groups responsible for cyber-crimes, including, cyber intrusions, online money laundering, criminal cryptocurrency usage, and criminal online forums. Currently, I am a tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

In order to identify individuals who made unlawful entry into the U.S. Capitol building and who may have committed other alleged criminal violations, the FBI published photos of unidentified individuals to its website and asked the public for its assistance in identifying them. The FBI provided a hotline (1-800-CALL-FBI) to enable members of the public to call in with any information concerning the identities of the suspects displayed in the posted photos.

On January 25, 2021, Matthew Mark Wood, contacted the FBI by phone to report that he was the individual depicted in Photograph #71 on the FBI's list of suspects, which is depicted below:



On January 26, 2021, the FBI interviewed Wood at his home in North Carolina. During the interview, Wood identified himself as being present at the U.S. Capitol on January 6, 2021, and identified himself as the man depicted in Photograph #71 of the FBI's list of suspects by signing and dating the photo, as seen below:



*[Signature]*
01/26/2021

I recognize this photo to be me, Matthew Wood

Photograph #71

During the interview, Wood admitted that he entered the U.S. Capitol through a broken window and to entering Nancy Pelosi's conference room, but claimed that he did not intend to march on the Capitol building or disrupt the Electoral College ballot certification. Wood claimed that he was pushed towards the window by the crowd and entered the U.S. Capitol to avoid being trampled. In total, Wood estimated that he was inside the U.S. Capitol for approximately forty-five minutes and inside Nancy Pelosi's conference room for two minutes. Wood admitted to taking photos inside the U.S. Capitol on his phone, but deleting them prior to his interview. Similarly, Wood admitted to publishing Facebook posts about his participation, but deleting the posts and de-activing his account prior to his interview.

The FBI has recovered video and social media posts that confirm Wood's presence inside the U.S. Capitol on January 6, 2021. FBI review of the video indicates that Wood was inside the Capitol for approximately an hour and seventeen minutes (from approximately 2:13-3:30 p.m.). Video taken from the Senate Wing Door shows Wood willingly climbing through a broken window carrying a Trump flag into the U.S. Capitol. The video illustrates that he was present while the windows were being broken and that he was amongst the first group of individuals to breach the Senate Wing Door (entering as the 10th individual to climb through the broken window approximately ten seconds after it was broken), as seen below:









An FBI review of video obtained from outside of House Speaker Nancy Pelosi's conference room also shows that Wood did, in fact, enter that room. Finally, FBI has reviewed video obtained from inside the U.S. Capitol Rotunda, in which Wood spends a variety of time, parading, demonstrating, and picketing. An FBI review of the video shows Wood waving and encouraging others to engage and confront law enforcement as they attempt to push rioters back and clear the Rotunda.



Wood waving/encouraging others to come forward and engage law enforcement



Wood waving Trump flag and screaming while rioters confront/engage law enforcement

In addition to reviewing video from inside the U.S. Capitol, the FBI obtained screenshots of two Facebook posts made by an account with the name "Matthew Wood", which contain an accompanying profile photo that appears to be Matthew Mark Wood. The posts, which are depicted below, corroborate that Wood was present at the U.S. Capitol on January 6, 2021, and intended to disrupt the proceedings. Specifically, Wood boasts about a "necessary revolt" against a "tyrannical government" and to engaging in actions that "sent those politicians running."



**Matthew Wood**
5 mins

SOME condemned my actions today on Capitol Hill. I hear a lot of you complaining about the issues and you keep calling for something to be done. Yet, nothing has been done. Our election was stolen. The system is against us. I stood up to our tyrannical government. You can keep sitting or you can do something about it like we did today. Our nation has experienced necessary revolts before. Hopefully, Congress will listen to the PEOPLE.



Based on the foregoing, your affiant submits that there is probable cause to believe that Matthew Mark Wood violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily

visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Matthew Mark Wood violated 40 U.S.C. § 5104(e)(2)(C), (D), and (G), which makes it a crime to willfully and knowingly: (C) with the intent to disrupt the orderly conduct of official business, enter or remain in a room in any of the Capitol Buildings set aside or designated for the use of— (i) either House of Congress or a Member, committee, officer, or employee of Congress, or either House of Congress; or (ii) the Library of Congress; (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Finally, your affiant submits there is probable cause to believe that Matthew Mark Wood violated 18 U.S.C. § 1512(c)(2), which makes it a crime to obstruct, influence, or impede any official proceeding, or attempt to do so. Under 18 U.S.C. § 1515, congressional proceedings are official proceedings.

_____
JOHN LONGMIRE
FBI SPECIAL AGENT

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this __3rd__ day of March 2021.

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE